IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| IN THE MATTER OF ALL FUNDS ON DEPOSIT IN JPAY/COOPER TRUST FUND ACCOUNT IN THE NAME OF ALLEN WILLIAMSON | Cr. No. 3:19-CR-00043-SVH <br><br> MOTION TO UNSEAL CASE |

COMES NOW, the United States of America, by and through its counsel, and respectfully moves the Court to unseal documents in case number 3:19-CR-00043-SVH.

The concerns that originally justified the sealing of this matter have been resolved.

RESPECTFULLY SUBMITTED,

SHERRI A. LYDON
UNITED STATES ATTORNEY

*[signature]*

Carrie Fisher Sherard
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29301
(864) 282-2100