IN THE DISTRICT COURT OF THE UNITED STATES
IN THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| IN THE MATTER OF ALL FUNDS        ) <br> ON DEPOSIT IN THE JPAY/COOPER ) <br> TRUST FUND ACCOUNT                        ) <br> IN THE NAME OF                                   ) <br> ALLEN WILLIAMSON                           ) | CR. NO.: 3:19-CR-00043-SVH <br><br><br> ORDER TO UNSEAL CASE |

This matter arises from the Government's Motion to Unseal Case. Specifically, the government requests that all documents in case number 3:19-CR-00043-SVH be unsealed.

Insofar as the government represents that the concerns, which originally justified sealing this matter, have been resolved, the motion is hereby granted and all such documents unsealed.

AND IT IS SO ORDERED.

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

March 18, 2019
Columbia, South Carolina

1